UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

KENDEL W. McKINNEY,

Petitioner,

v.                                                          Case No. 09-cv-723-JPG

UNITED STATES OF AMERICA,

Respondent.

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the

Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner Kendel McKinney's

Motion to Vacate, Set Aside, or Correct Sentence (Doc. 1) pursuant to 28 U.S.C. § 2255 is

denied, that judgment is entered in favor of Respondent United States of America and against

McKinney, and that this case is dismissed with prejudice.

**DATED: July 25, 2011**                          **NANCY ROSENSTENGEL**

                                                                    **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**